# MEMORANDUM DECISIONS.

BURLINGAME v. LYONS. (Circuit Court of Appeals, Ninth Circuit. February 6, 1896.) No. 260. In Error to the Circuit Court of the United States for the Northern Division of the District of Washington. Bausman, Kelleher & Emory, for plaintiff in error. White & Munday, for defendant in error. No opinion. Dismissed by agreement pursuant to the twentieth rule.

BURNS v. WELLS CULTIVATOR CO.[1] (Circuit Court of Appeals, Sixth Circuit. May 6, 1897.) No. 469. Appeal from the Circuit Court of the United States for the Eastern District of Michigan. Chas. H. Fisk, for appellant. N. S. Wright, for appellee. No opinion. Decree reversed and bill ordered dismissed.

CAMPBELL et al. v. IRON–SILVER MIN. CO. (Circuit Court of Appeals, Eighth Circuit. February 15, 1897.) No. 905. In Error to the Circuit Court of the United States for the District of Colorado. Edward O. Wolcott and Joel F. Vaile, for defendant in error. No opinion. Docketed and dismissed, with costs, pursuant to the sixteenth rule, on motion of defendant in error. See 10 C. C. A. 172, 61 Fed. 932.